No. 82–1376. FREEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1379. JONES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–1380. ROONEY v. COLUMBIA PICTURES INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1387. ZACK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 82–1394. CENTRAL FLORIDA ENTERPRISES, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–1396. MICHIGAN v. JONES. Sup. Ct. Mich. Certiorari denied.

No. 82–1397. LANIGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1398. M/V POLLUX ET AL. v. GOODPASTURE, INC. C. A. 5th Cir. Certiorari denied.

No. 82–1402. LOCAL DIVISION 1028, AMALGAMATED TRANSIT UNION v. CITY OF AURORA. C. A. 7th Cir. Certiorari denied.

No. 82–1405. CARRIONE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 82–1406. LUKOVSKY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 82–1407. NIGGLE ET UX. v. OLD KENT BANK & TRUST CO. Ct. App. Mich. Certiorari denied.